31 F.3d 872
 UNITED STATES of America, Plaintiff-Appellant,
v.
Christopher Lee ARMSTRONG, aka: Chris Armstrong, Defendant,
and
Robert Rozelle; Aaron Hampton; Freddie Mack; Shelton
Auntwan Martin, Defendants-Appellees.
UNITED STATES of America, Plaintiff-Appellant,
v.
Christopher Lee ARMSTRONG, aka: Chris Armstrong, Defendant-Appellee.
 Nos. 93-50031, 93-50057.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 1, 1994.
 
 Prior Report: 21 F.3d 1431.ORDER
 WALLACE, Chief Judge.
 
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.